# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Eric Chatman,

    Plaintiff

v.

Gold Coast Casino and Corporation, et al.,

    Defendants

Case No.: 2:18-cv-01255-JAD-VCF

**Order Adopting Report and Recommendation and Dismissing Case**

[ECF No. 3]

    Pro se plaintiff Eric Chatman sues many businesses, ranging from casinos to general stores, to beer and spirits producers, under 42 U.S.C. § 1983 for allegedly kidnapping and robbing him.[1] Because he applies to proceed *in forma pauperis*, Magistrate Judge Cam Ferenbach screened his complaint under 28 U.S.C. § 1915A. Judge Ferenbach now recommends that Chatman's complaint be dismissed with prejudice for failure to state a claim upon which relief may be granted.[2]

    Judge Ferenbach issued his report and recommendation on July 27, 2018, making August 10, 2018, the deadline to file objections. That deadline has come and gone, and Chatman has filed no objection. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[3] Accordingly, with good cause appearing and no reason to delay, IT IS HEREBY ORDERED that Magistrate Judge Ferenbach's report and recommendation **[ECF No. 3] is ACCEPTED and ADOPTED**. Chatman's complaint **[ECF No. 4] is DISMISSED** with prejudice for failure to state a claim.

. . .

---

[1] ECF No. 1-1.

[2] ECF No. 3.

[3] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

1

The **Clerk of Court** is directed to **ENTER JUDGMENT** accordingly and **CLOSE THIS CASE**.

Dated: August 14, 2018

_____
U.S. District Judge Jennifer A. Dorsey